IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00494-MEH-MJW

JAMES SUCHY,

      Plaintiff,

v.

ABC SUPPLY CO., INC.,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

**Michael E. Hegarty, United States Magistrate Judge.**

      This matter is before the Court on a Stipulation for Dismissal with Prejudice [filed August 5, 2008; docket #22]. The Stipulation states that the action has been resolved and the parties request that the case be dismissed with prejudice.

      Accordingly, it is ORDERED that this matter is **dismissed with prejudice**, all parties to pay their own attorney's fees and costs.

      Dated at Denver, Colorado this 8th day of August, 2008.

                          BY THE COURT:


                          s/ Michael E. Hegarty
                          Michael E. Hegarty
                          United States Magistrate Judge